■ FRANK S. PUCCIO, Appellant, v MELVIN WEILL et al., Respondents.— In an action to recover moneys due and owing by virtue of personal guaranties of a corporate debt, plaintiff appeals from an order of the Supreme Court, Orange County, dated June 7, 1977, which, *inter alia,* denied his motion for summary judgment. Order reversed, on the law, with $50 costs and disbursements, and motion granted. Assuming, *arguendo,* the truth of defendants' allegation that the instant indebtedness, although contracted in the form of a corporate loan, was intended to finance their *individual* obligations, the further representation that it was so contracted to provide funding to pay taxes on real estate owned by them and other obligations "so that we [defendants] could [sic] not be forced to sell the real estate at depressed prices and could hold the same until the market revived" establishes a bona fide business purpose for the loan, rendering their attempted reliance on a usury defense unavailing (see *Schneider v Phelps,* 41 NY2d 238). No triable issues of fact having been raised, the motion for summary judgment should have been granted. Titone, J. P., Rabin, Gulotta and Margett, JJ., concur.